# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

CA, INC,

          **Plaintiff,**

against

AMX INTERNATIONAL, INC.

          **Defendant**

Index Number 07-cv-9799

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                         ss:

Brian Emfield being duly sworn, says:

I am not a part to the action, am over 18 years of age and reside at Shelley, Idaho

On November 8th, 2007 at 1:00 P.M. at 2105 Coronado, Idaho Falls, Idaho 83401, I served the Summons, Plaintiffs Rule 7.1 and Civil Cover Sheet upon Winston Beard, Legal Attorney for AMX Inc.

    I identified the legal clerk as Judy Carter of the Law Firm of Wintson, Beard and Gaffney indicating that she was able to accept legal processes for Winston Beard. Deponent describes the individual served as follows:

Female, 5'-2", 130 lbs, Age 45-55, Grey Hair, Hazel Eyes, Caucasian.

    At the time I served the Defendant, I asked him/her if he/she was in the military service of this state, and any other state, or this nation and the Defendant responded in the negative

_____
Servers Signature

Subscribed and Sworn
before me on November 9 2007

_Kimberly Bateman_

Notary Expires on 1/26/2010

[Notary Seal: KIMBERLY BATEMAN, NOTARY PUBLIC, STATE OF IDAHO]

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  New York

**ORIGINAL**

CA, INC.,

V.

AMX INTERNATIONAL, INC.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 9799**

TO: (Name and address of Defendant)

AMX INTERNATIONAL, INC.,
1664 First Street
Idaaho Falls, ID 83401

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Farrell Fritz, P.C.
John P. McEntee, Esq.
1320 RexCorp Plaza
Uniondale, NY  11556
(516) 227-0700

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NOV 0 5 2007

**J. MICHAEL McMAHON**

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                  Signature of Server

              _____
                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.