**Judge      Swain**