Scott D. Stechman (SS-1803)
**LEHMAN & EILEN LLP**
50 Charles Lindbergh Blvd., Suite 505
Uniondale, New York 11553
(516) 222-0888

*Attorneys for Defendant AMX International, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

CA, INC.,                                          :
                                                   :
                          Plaintiff,               :    **Civil Action No. 07 CV 9799(LTS)**
                                                   :
            - against -                            :
                                                   :    **DEFENDANT'S RULE 7.1**
AMX INTERNATIONAL, INC.,                           :    **DISCLOSURE STATEMENT**
                                                   :
                          Defendant.               :
-------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and

magistrate judges of this Court to evaluate possible disqualification or recusal, defendant AMX

International, Inc., by and through its undersigned counsel of record, certifies that it has no

parent corporation and that no publicly held corporation owns ten (10%) percent or more of its

stock.

Dated: Uniondale, New York
       November 28, 2007

                                        **LEHMAN & EILEN LLP**

                                        By: _____
                                            Scott D. Stechman (SS-1803)
                                        50 Charles Lindbergh Blvd. - Suite 505
                                        Uniondale, New York 11553
                                        (516) 222-0888

                                        *Attorneys for Defendant*
                                        *AMX International, Inc*

Michael D. Gaffney, Esq.
Winston v. Beard, Esq.
BEARD ST. CLAIR GAFFNEY
2105 Coronado Street
Idaho Falls, Idaho 83404
(208) 557-5203

*Counsel to Defendant*
*AMX International, Inc.*

TO:    John P. McEntee, Esq.
       FARRELL FRITZ, P.C.
       1320 RexCorp Plaza
       Uniondale, New York 11556
       (516) 227-0700

       *Attorneys for Plaintiff*
       *CA, Inc.*

2

## AFFIDAVIT OF SERVICE BY MAIL

Karen Vitberg, being duly sworn, deposes and says:

I am over the age of eighteen years, not a party to this action and reside in West Babylon, New York. On the 28th day of November, 2007, I served a copy of the Defendant Rule 7.1 Disclosure Statement upon the following firm:

**FARRELL FRITZ P.C.**
Attn: John P. McEntee, Esq.
1320 RexCorp Plaza
Uniondale, New York 11556-0120
(516) 227-0700

*Attorneys for Plaintiff*
*CA, Inc.*

by depositing a true copy thereof securely enclosed in a post-paid wrapper in a Post Office box regularly maintained by the United States Government.

KAREN VITBERG

Sworn to before me this
28th day of November, 2007

Notary Public

Christy K. Grzan
Notary Public, State of New York
No. 01GR5074275
Qualified in Nassau County
Commission Expires June 4, 2011