

# Farrell Fritz, P.C.

1320 RexCorp Plaza
Uniondale, New York 11556-1320
Telephone 516.227.0700
Fax 516.227.0777
www.farrellfritz.com

David A. Scheffel
Of Counsel

Direct Dial 516.227.0627
Direct Fax 516.336.2250
dscheffel@farrellfritz.com

Our File No.
14197-138

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED FEB 1 3 2008

February 11, 2008

**BY FAX**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
United States Courthouse
40 Centre Street, Room 1205
New York, New York 10007-1581

**MEMO ENDORSED**

Re: *CA, Inc. v. AMX Int'l*,
07CV9799 (LTS)

Dear Judge Swain:

We represent plaintiff CA, Inc. ("CA") in the above case. In compliance with Your Honor's Individual Rules, we write to request that the Court adjourn the pre-trial conference currently scheduled for February 15, 2008 at 10 AM. Specifically, we ask that the Court adjourn the conference to March 7, 2008 at 10 AM. We make this request because we learned of the initial conference for the first time today and require time to work out a preliminary pre-trial statement with defense counsel. Defendant consents to this application.

Respectfully submitted,

/s/

David A. Scheffel

cc: All Counsel of Record

The request is granted. Counsel are urged to attend promptly to all CM/ECF notices and to check the electronic docket regularly.

SO ORDERED.

2/13/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Bridgehampton  •  Melville  •  New York  •  Uniondale