# LEHMAN & EILEN
## LLP
### ATTORNEYS AT LAW
SUITE 505
50 CHARLES LINDBERGH BOULEVARD
UNIONDALE, NEW YORK 11553-3612
www.lehmaneilen.com

TEL: (516) 222-0888
FAX: (516) 222-0948

BOB E. LEHMAN
HOWARD S. EILEN
HANK GRACIN

COUNSEL
SCOTT D. STECHMAN
LAWRENCE S. LEIBOWITZ
STEVEN J. PAPPAS

STEPHANIE G. SENZER
LANCE P. CHABUS
SCOTT M. GUTMANSTEIN
AUDRA T. LIEBERMAN

OF COUNSEL
RICHARD I. ALVAREZ
LESLIE MARLOW

WRITER'S E-MAIL ADDRESS:
sstechman@lehmaneilen.com


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
DATE FILED: JUL 0 7 2008

July 3, 2008

**MEMO ENDORSED**

**BY FACSIMILE**
Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
Chambers 426
New York, New York 10007-1581

Re: *CA, Inc. v. AMX International, Inc.*
    *Civil Action No. 07 CV 9799 (LTS)(KNF)*

Dear Judge Swain:

Our firm represents defendant AMX International, Inc. ("AMX") in the above-referenced action.

This letter is submitted jointly with counsel for plaintiff CA, Inc. and at the request of Ms. Maria Sclafani, Case Administrator of the Court's Mediation Program.

The purpose of this letter is advise your Honor that due to scheduling issues involving the parties and the appointed mediator, a mediation session in this action pursuant to the terms of the Court's mediation order has not yet taken place. After consulting with John McEntee, Esq., plaintiff's counsel, and in consideration of the schedules of the parties and their counsel, it is respectfully submitted that both parties are available for mediation beginning in late September 2008.

*Permission to commence mediation in late September or early October is granted.*
SO ORDERED.

Respectfully submitted,

/s/ Scott D. Stechman
Scott D. Stechman

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
7/7/08

SDS:kv

cc: John P. McEntee, Esq. (via facsimile)
    Ms. Maria Sclafani (via facsimile)