UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
CA, INC.,

:    07-Civ.-9799 (LTS)

                    Plaintiff,

:

:

   -against-

:    **NOTICE OF MOTION**

:

AMX INTERNATIONAL, INC.,

:

:

                 Defendant.

:

:

------------------------------------------------------------------------x

        Upon the attached declaration of John P. McEntee, dated July 10, 2008, the exhibits annexed thereto, and the accompanying Memorandum of Law, Plaintiff will move this Court before the Hon. Laura Taylor Swain at the courthouse located at 500 Pearl Street, New York, New York, on August 5, 2008 at 9:30 a.m., or as soon thereafter as counsel can be heard, for an order granting partial summary judgment, pursuant to Fed. R. Civ. P. 56(d)(2), on the issue of Defendant's liability to Plaintiff on the First Cause of Action for breach of contract, together with such other or further relief as the Court may deem just and proper.

        Pursuant to Individual Practice Rule 2.B, Plaintiff certifies it has used its best efforts to resolve informally the matters raised in this motion.

Pursuant to Local Civil Rule 6.1(b), answering papers, if any, must be served within ten business days of the date hereof.

Dated: Uniondale, New York
      July 10, 2008

FARRELL FRITZ, P.C.

By: _____

    John P. McEntee
    Michael A.H. Schoenberg
    *Attorneys for Plaintiff*
    1320 RexCorp Plaza
    Uniondale, New York 11556
    (516) 227-0700

TO:    Scott D. Stechman, Esq.
        Lehman & Eilen, LLP
        *Attorneys for Defendant*
        50 Charles Lindberg Boulevard
        Uniondale, NY 11553

FFDOCS1\813479.01