# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
COMPUTER ASSOCIATES INTERNATIONAL, INC.,

          Plaintiff,

   - against -

AMX INTERNATIONAL, INC.,

          Defendant.
-----------------------------------------------------------X

Civil Action No.
04 CV 09134 (LTS)

DEFENDANT'S
CERTIFICATION OF
COMPLIANCE WITH
COURT'S ORDER DATED
SEPTEMBER 19, 2007

    Jay Price, the president of AMX International, Inc, hereby certifies that AMX is no longer using the "Permitted Products" defined by paragraph 4.c. of the Settlement Agreement in any fashion.

    Mr. Price further certifies that all copies of the "Permitted Products" defined by paragraph 4.c. of the Settlement Agreement have been deleted from all AMX computer libraries and storage devices.

    Mr. Price additionally certifies that AMX International has returned to Computer Associates International all electronic media, documentation, and other items relating to the "Permitted Products" defined by paragraph 4.c. of the Settlement Agreement, to the extent that there were any such items in AMX's possession.

DATED: October 2, 2007

AMX INTERNATIONAL, INC.

BY: _____
JAY PRICE, PRESIDENT

Defendant's Certification of Compliance with Court's Order Dated September 19, 2007

STATE OF IDAHO
                    ss.
County of Bonneville

On this October 2, 2007 before me, /s/ Michael D. Gaffney, an Idaho notary public, personally appeared JAY PRICE, the president of AMX International, Inc., known or identified to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same.

/s/ Michael D. Gaffney
Notary Public for Idaho
Residing At: Idaho Falls
Commission Expires: 8/2/12
(SEAL)

2