UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CA, INC.,

       Plaintiff,

 -against-

AMX INTERNATIONAL, INC.,

       Defendant.
------------------------------------------------------------------x

07-Civ.- 9799 (LTS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
         ) ss.:
COUNTY OF NASSAU )

  Lauren Torre, being duly sworn, depose and say:

  I am not a party to the action, am over 18 years of age and reside in Paramus, New Jersey.

  On July 10, 2008, I served the within **NOTICE OF MOTION AND SUPPORTING PAPERS,** by depositing a true copy thereof enclosed in a post-paid wrapper, in the custody of Federal Express for overnight delivery, prior to the latest time designated by that service for overnight delivery, addressed to each of the following persons at the last known address set forth after each name:

  Scott D. Stechman, Esq.
  Lehman & Eilen, LP
  50 Charles Lindberg Blvd.
  Uniondale, NY  11553

              _Lauren Torre_

Sworn to before me this
10th day of July, 2008

_____
  Notary Public

            NINA PETRARO
         NOTARY PUBLIC, State of New York
            No. 01PE6094863
          Qualified in Nassau County
        Commission Expires June 30, 20_10_

FFDOCS1\814651.01