# Farrell Fritz, P.C.

1320 RexCorp Plaza
Uniondale, New York 11556-1320
Telephone 516.227.0700
Fax 516.227.0777
www.farrellfritz.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 16 2008

John P. McEntee
Partner

Direct Dial 516.227.0608
Direct Fax 516.336.2219
jmcentee@farrellfritz.com

Our File No.
14197-138

July 11, 2008

**By ECF**
Hon. Laura Taylor Swain
United States District Court
Southern District of New York
United States Courthouse
40 Centre Street, Room 1205
New York, New York 10007-1581

**MEMO ENDORSED**

Re: *CA, Inc. v. AMX International, Inc.*
07 CV 9799 (LTS)

Dear Judge Swain:

This firm represents plaintiff CA, Inc. ("CA").

I write to request a thirty day extension of discovery in the action. In the hope that mediation might resolve this action, the first discovery demands in the action were not served until mid-June. However, the parties were not able to arrange for mediation, and as a result counsel for Defendant, on July 3, asked the Court, with Plaintiff's consent, to extend the mediation deadline. See Docket Entry 12. This request was granted. *Id.* The fact discovery deadline is currently July 15. There have been no prior requests for an extension of this deadline. Counsel for Defendant advised me that Defendant will not consent to the request.

Respectfully submitted,

John P. McEntee

The Court has considered the parties' correspondence relating to this request, which is granted.

SO ORDERED.

7/16/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: Scott Stechman, Esq. (By ECF)

FFDOCS1-814929.01

Bridgehampton • Melville • New York • Uniondale