

# Farrell Fritz, P.C.

1320 RexCorp Plaza
Uniondale, New York 11556-1320
Telephone 516.227.0700
Fax 516.227.0777
www.farrellfritz.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#: _____
DATE FILED: JUL 2 3 2008

John P. McEntee
Partner

Direct Dial 516.227.0608
Direct Fax 516.336.2219
jmcentee@farrellfritz.com

Our File No.
14197-138

July 23, 2008

By Facsimile Transmission 212-805-0426
Hon. Laura Taylor Swain
United States District Court
Southern District of New York
United States Courthouse
40 Centre Street, Room 1205
New York, New York 10007-1581

**MEMO ENDORSED**

Re:   *CA, Inc. v. AMX International, Inc.*
      07 CV 9799 (LTS)

Dear Judge Swain:

This firm represents Plaintiff. I write to request a conference with the Court to resolve a discovery dispute.

On July 16, 2008 I wrote to counsel for Defendant asking him to confirm upon his receipt of the letter that Defendant's responses to Plaintiff's First Set of Document Demands and First Set of Interrogatories, dated July 2, 2008, would be served by the due date, August 1, 2008. This was important to Plaintiff because it has noticed Defendant's Fed. R. Civ. P. 30(b)(6) deposition(s) for August 8, and fact discovery is scheduled to conclude on August 15. On July 22, having received no response to this letter, I faxed another letter to Mr. Stechman asking him to contact me. Finally, I telephoned Mr. Stechman this morning at 9:50 a.m. to discuss the matter and was advised by the receptionist that he was not available. I left a voicemail message for Mr. Stechman. I therefore request a conference to resolve this discovery dispute.

I certify that, as described above, Plaintiff has used its best efforts to resolve informally the matters raised in this letter.

This case is now referred to Magistrate Judge Fox for general pretrial management. A copy of this letter will be forwarded to Judge Fox.

Respectfully submitted,

John P. McEntee

SO ORDERED.

[signature]
7/23/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

JPM/
cc:  Scott Stechman, Esq. (By Facsimile Transmission 516-222-0948)

Bridgehampton   •   Melville   •   New York   •   Uniondale