UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                                               :
CA, INC.                                                       :
                              Plaintiffs,                      :
                                                               :
       -v-                                                     :
                                                               :
AMX INTERNATIONAL, INC.,                                       :
                                                               :
                              Defendant.                       :
-------------------------------------------------------------- :
LAURA TAYLOR SWAIN, District Judge                             X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#
JUL 2 3 2008

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

07 Civ. 9799  (LTS)(KNF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_x_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*

____ ____ ____ ____ ____

____ ____ ____ ____ ____

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:____ ____ ____

____ Settlement* (Principals to participate as required by Magistrate Judge)

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

   Purpose:____ ____ ____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

   Particular Motion:____

   All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:        New York, New York
              July 23, 2008

LAURA TAYLOR SWAIN
United States District Judge