UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CA, INC.,

        Plaintiff,

    -against-

AMX INTERNATIONAL, INC.,

        Defendant.

------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/25/08
```

ORDER
07 Civ. 9799 (LTS)(KNF)

    IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-captioned action on July 31, 2008, at 2:00 p.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York
       July 25, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE