UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CA, INC., :

        Plaintiff, :

        -against- :

AMX INTERNATIONAL, INC., :

        Defendant. :

------------------------------------------------------------X

ORDER

07 Civ. 9799 (LTS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    A telephonic conference was held with counsel to the respective parties on July 31, 2008, to address a discovery dispute that had been brought to the Court's attention via correspondence. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, shall be initiated so as to be completed on or before October 30, 2008; and

2. a telephonic status conference will be held with the parties on September 30, 2008, at 3:00 p.m. Counsel to the plaintiff shall initiate the telephonic conference on that date.

Dated: New York, New York
       August 1, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE