UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
CA, INC.,

         Plaintiff,

 -against-

AMX INTERNATIONAL, INC.,

         Defendant.
----------------------------------------------------------------x

07-Civ.- 9799 (LTS)(KNF)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
         ) ss.:
COUNTY OF NASSAU )

Bernadette O'Hara, being duly sworn, depose and say:

I am not a party to the action, am over 18 years of age and reside at Nassau County, New York.

On August 4, 2008, I served the within **REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT** and **PLAINTIFF'S RESPONSE TO DEFENDANT'S RULE 56.1 STATEMENT,** by depositing a true copy thereof enclosed in a post-paid wrapper, in the custody of Federal Express for overnight delivery, prior to the latest time designated by that service for overnight delivery, addressed to each of the following persons at the last known address set forth after each name:

Scott D. Stechman, Esq.
Lehman & Eilen, LP
50 Charles Lindberg Blvd.
Uniondale, NY 11553

                    *Bernadette O'Hara*
                    Bernadette O'Hara

Sworn to before me this
4th day of August, 2008

*Kathryn Cremmins*
Notary Public

KATHRYN CREMMINS
NOTARY PUBLIC, State of New York
No. 4894657
Qualified in Nassau County
Commission Expires July 13, ____

FFDOCS1\814107.01