

LEHMAN & EILEN LLP
Scott D. Stechman (SS-1803)
50 Charles Lindbergh Blvd.
Suite 505
Uniondale, NY 11553
(516) 222-0888

*Attorneys for Defendant*
*AMX International, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CA, INC.,

                                  Plaintiff,

              - against -

AMX INTERNATIONAL, INC.,

                                Defendant.
------------------------------------------------------------------X

Civil Action No.
  07 CV 9799 (LTS)(KNF)

NOTICE OF MOTION
FOR *PRO HAC VICE*
ADMISSION

**MEMO ENDORSED**

**PLEASE TAKE NOTICE,** that pursuant to Rule 1.3(c) of the Local Civil Rules of this

Court, and on the basis of the annexed affidavit of Scott D. Stechman, sworn to the 23rd day of

July, 2008, the annexed affidavit of Michael D. Gaffney, sworn to the 15th day of July, 2008,

together with the exhibits annexed thereto, defendant AMX International, Inc. will move the

Court, before the Honorable Laura Taylor Swain, U.S.D.J., at the United States District Court,

Southern District of New York, 500 Pearl Street, Courtroom 17C, New York, New York 10007,

on the 13th day of August, 2008, at 9:30 a.m., or as soon thereafter as the Court may determine,

for an order admitting Michael D. Gaffney, *pro hac vice*, as counsel for defendant AMX

International, Inc. for purposes of the above-captioned action.

Dated: New York, New York
       July 23, 2008

The within application is granted.

SO ORDERED.

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

**LEHMAN & EILEN LLP**

By: _____
    Scott D. Stechman (SS-1803)
50 Charles Lindbergh Blvd. - Suite 505
Uniondale, New York 11553
(516) 222-0888
*Attorneys for Defendant*
*AMX International, Inc.*